1  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
2  THOMAS E. FRANKOVICH, SBN 074414
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA  94903
   Telephone:   (415) 444-5800
4  Facsimile:    (415) 444-5805
   Attorneys for Plaintiff CRAIG YATES, an individual
5
   JEFFER MANGELS BUTLER & MITCHELL LLP
6  MARTIN H. ORLICK SBN. 083908 mho@jmbm.com
   MATTHEW S. KENEFICK, SBN 227298 msk@jmbm.com
7  Two Embarcadero Center, Fifth Floor
   San Francisco, California  94111-3824
8  Telephone:   (415) 398-8080
   Facsimile:    (415) 398-5584
9  Attorneys for Defendant, NCCBG, LP

10  TSAO-WU, CHOW & YEE LLP
    JOHN CHOW SBN 225670
11  SUZAN YEE, SBN 88418
    685 Market Street, Suite 460
12  San Francisco, CA  94105
    Telephone:   (415) 777-1688
13  Facsimile:    (415) 777-2298
    Attorneys for Defendants Fu Zhou Corporation and
14  Fu Zhou Supper Buffet

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18  CRAIG YATES, an individual              CASE NO.    C 10-00009 RS

19       Plaintiff,                         **STIPULATION OF DISMISSAL WITH
                                            PREJUDICE OF ENTIRE ACTION; ORDER
20  v.                                      THEREON**

21  FU ZHOU SUPER BUFFET, etc., et al.,

22       Defendants.

23

24       IT IS HEREBY STIPULATED by and between Plaintiff Craig Yates and Defendants

25  NCCBG, LLP, Fu Zhou Corporation and Fu Zhou Supper Buffer that this Court enter a Dismissal

26  With Prejudice of Plaintiff's Complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

27                           [signatures to follow]

28

12/03/2010 18:06  4156749900  THE FRANKOVICH GROUP  PAGE 02/02
12/02/2010 14:35 FAX  415 398 5584  JEFFER MANGELS BUTLER  @003/003

Case 3:10-cv-00009-RS  Document 14  Filed 12/08/10  Page 2 of 2

Date: December 3, 2010

THOMAS E. FRANKOVICH

By: _____
THOMAS E. FRANKOVICH, ESQ.
Attorneys for Plaintiff, CRAIG YATES

Date: December 2, 2010

JEFFER MANGELS BUTLER & MITCHELL LLP

By _____
MARTIN H. ORLICK, ESQ.
Attorney for Defendant, NCCBG, LP

Date: December 6, 2010

TSAO-WU, CHOW & YEE LLP

By _____
JOHN CHOW, ESQ.
Attorney for Defendants, FU ZHOU CORPORATION
and FU ZHOU SUPPER BUFFET

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that defendants NCCBG, LLP, Fu Zhou Corporation and Fu Zhou Supper Buffet be dismissed with prejudice from this action.

DATED: 12/8/10

_____
JUDGE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

- 2 -  STIPULATION RE DISMISSAL